UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KELVIN WILLIAMS, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:21-cv-00604-JAR |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on movant Kelvin Williams's motion to grant discovery. (Docket No. 5). In the motion, movant asks the Court to order the Government to produce a 911 call, a certified copy of a search warrant, and a formal letter from the St. Louis County Attorney's Office as to why state charges were not filed. Because the Government has not yet had the opportunity to respond to movant's 28 U.S.C. § 2255 motion, the instant motion is premature. Therefore, movant's motion to grant discovery will be denied at this time.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion for discovery (Docket No. 5) will be **DENIED** at this time.

Dated this 30th of June, 2021.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE